# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 277 |
| | : | |
| ORDER AMENDING RULES 1732 AND | : | APPELLATE PROCEDURAL RULES |
| 1781 OF THE PENNSYLVANIA RULES | : | |
| OF APPELLATE PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of February, 2019, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1732 and 1781 of the Pennsylvania Rules of Appellate Procedure are amended in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 1, 2019.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.